# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-07-00015　　　　　　　　　　DATE: November 01, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Francine A. Diaz　　Electronically Recorded: 11:27:41-11:35:28
CSO: B. Pereda

---

**APPEARANCES:**
Defendant: Rebecca M. Solomon aka Rebecca Ishihama　　Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　U.S. Agent:
U.S. Probation: Christopher Duenas　　U.S. Marshal: D. Punzalan
Interpreter:　　Language:

---

**PROCEEDINGS: Initial Appearance Re: Petition for Writ of Removal**
- <u>Joaquin C. Arriola, Jr.</u> appointed to represent the defendant.
- Defendant arraigned and advised of her rights, charges and penalties.
- Identity Hearing <u>waived</u>.
- Warrant of Removal issued.
- Defendant remanded to the custody of the U.S. Marshals Service on Guam for removal to the Northern District of California.

NOTES: