DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 07-00015-001 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **REBECCA M. SOLOMON,**<br>    **a.k.a. REBECCA ISHIHAMA, and**<br>**TERRY R. SOLOMON,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **REBECCA M. SOLOMON, a.k.a. REBECCA ISHIHAMA**, in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Nov 01, 2007**