

1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza.
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

**FILED**
DISTRICT COURT OF GUAM

NOV - 1 2007

JEANNE G. QUINATA
Clerk of Court

6  Attorneys for the United States of America

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE TERRITORY OF GUAM

9  UNITED STATES OF AMERICA,  )  MAGISTRATE CASE NO. 07-00015
10                            )
              Plaintiff,      )
11                            )
       vs.                    )  WAIVER OF IDENTITY
12                            )
   REBECCA M. SOLOMON,        )
   aka REBECCA ISHIHAMA,      )
13                            )
              Defendant.      )
14 _____)

15     The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of

16  an Order requiring her appearance in the Northern District of California where there is a warrant

17  outstanding for her arrest.

18
19  11/1/07
    _____                          _____
20      DATE                                 REBECCA M. SOLOMON
                                             Defendant
21

22  APPROVED AS TO FORM:

23  LEONARDO M. RAPADAS
    United States Attorney
24  Districts of Guam and NMI

25
26  By:  _____
         KARON V. JOHNSON
27       Assistant U.S. Attorney

28

**ORIGINAL**