

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

November 9, 2007

Mr. Richard W. Wieking
Clerk
United States District Court
Phillip Burton United States
 Courthouse, 16th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Re:   Our Magistrate Case Nr. 07-00015
      Your Criminal Case Nr. 06-00818 JF
      U.S.A. - vs - Rebecca M. Solomon, aka Rebecca Ishihama, and Terry R. Solomon

Dear Mr. Wieking:

   Pursuant to a Warrant of Removal, I am transmitting certified copies of the following documents for the above-entitled matter. They are as follows:

1.   Petition for Writ of Removal, filed November 1, 2007
2.   Minute Entry re Initial Appearance re Petition for Writ of Removal, filed November 1, 2007 (Defendant Rebecca M. Solomon)
3.   Minute Entry re Initial Appearance re Petition for Writ of Removal, filed November 1, 2007 (Defendant Terry R. Solomon)
4.   Appointment Order, filed November 1, 2007 (Defendant Rebecca M. Solomon)
5.   Appointment Order, filed November 1, 2007 (Defendant Terry R. Solomon)
6.   Waiver of Identity, filed November 1, 2007 (Defendant Rebecca M. Solomon)
7.   Waiver of Identity, filed November 1, 2007 (Defendant Terry R. Solomon)
8.   Warrant of Removal, filed November 1, 2007
9.   Order of Detention, filed November 9, 2007
     Docket Sheet

   Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Leilani R. Toves Hernandez
Deputy Clerk

Enclosures